

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00651-CV

**IN THE INTEREST OF A.B.S., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01300
Honorable Richard Garcia, Judge Presiding

# O R D E R

The State's brief was due on December 2, 2019. *See* TEX. R. APP. P. 38.6(b). After the due date, the State filed a first motion for a ten-day extension of time to file its brief.

The State's motion is GRANTED. The State's brief is due on December 12, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.



_____
Michael A. Cruz,
Clerk of Court